UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FELICIA DAVIS,   CASE NO:

    Plaintiff,

v.

TORONTO-DOMINION BANK,

    Defendant.
_____/

## NOTICE OF AND PETITION FOR REMOVAL

Defendant, TORONTO-DOMINION BANK (collectively, "Defendant"), through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action currently pending in the Circuit Court for the Nineteenth Judicial Circuit in and for St. Lucie County, Florida, to the United States District Court for the Southern District of Florida. The removal of this action is based upon the following:

1.   On or about June 29, 2021, Plaintiff filed a Complaint in the Circuit Court in and for the Nineteenth Judicial Circuit, captioned as *Felicia Davis v. Toronto-Dominion Bank*, Case No. 562021CA001234 (the "State Action"). Plaintiff, however, did not notify or serve Defendant with the State Action complaint. Rather, one of Defendant's outside counsel e-mailed a copy of the State Action complaint on July 12, 2021. This constituted Defendant's first notice of the State Action for purposes of removing the State Action to this Court.

2.   A true and correct copy of the record and all filings in the State Court Action is attached together hereto as Exhibit "A" and incorporated herein by reference pursuant to Federal Rule of Civil Procedure 10(c). No other process, pleadings or orders have been served upon Defendant.

3. Plaintiff's one-count Complaint seeks damages for alleged violations of Title VII of the Civil Rights Act of 1964 ("Title VII"). [*See* Complaint, ¶¶ 37-45.]

4. Any civil case filed in a state court may be removed by a defendant to federal court if the case could have been brought originally in federal court. 28 U.S.C. § 1441(a); *see, e.g., Lawson v. Garcia-Lawson*, 398 Fed. Appx. 572, 572-73 (11th Cir. 2010); *Cogdell v. Wyeth*, 366 F.3d 1245, 1248 (11th Cir. 2004); *Joseph v. Nichell's Caribbean Cuisine, Inc.*, 862 F. Supp. 2d 1309, 1311 (S.D. Fla. 2012).

5. Under federal question jurisdiction, the United States District Courts "have original jurisdiction over all civil actions arising under the Constitution, treaties or laws of the United States." *See* 28 U.S.C. § 1331. Because Plaintiff brings claims arising under Title VII, district courts have original jurisdiction pursuant to 28 U.S.C. § 1331. *See Kennedy v. Bell South Tele., Inc. (AT&T)*, 56 F. Appx. 81 (11th Cir. 2013) (explaining that the court has federal question jurisdiction over a claim arising under Title VII). Therefore, this Court has federal question jurisdiction over Plaintiff's Complaint.

6. This Notice of and Petition for Removal is filed within thirty (30) days after the date on which Defendant first received notice of the State Action. *See* 28 U.S.C. § 1446(b). Defendant has not yet filed any responsive pleading in this matter.

7. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1367.

8. Defendant has, simultaneously with the filing of this Notice of and Petition for Removal, giving written notice of the filing to Plaintiff as required by 28 U.S.C. § 1446(d).

9. A copy of this Notice of and Petition for Removal has simultaneously been filed with the Clerk of the Circuit Court of the Nineteenth Judicial Circuit in and for St. Lucie County, Florida, as required by 28 U.S.C. § 1446(d).

10. Venue is proper in the Southern District of Florida in that the State Court action is pending within the jurisdictional confines of this district.

**WHEREFORE**, Defendant hereby removes this case to the United States District Court for the Southern District of Florida.

Date: August 10, 2021                         Respectfully submitted,

*/s/ Susan N. Eisenberg*
Susan N. Eisenberg
Florida Bar No. 600393
seisenberg@cozen.com
Arielle S. Eisenberg
Florida Bar No. 0111467
aeisenberg@cozen.com
Cozen O'Connor
200 S. Biscayne Blvd.
Suite 3000
Miami, FL 33131
Telephone: (305) 704-5941
Facsimile:  (305) 704-5955

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Susan N. Eisenberg*
Susan N. Eisenberg

LEGAL\53531146\1

## SERVICE LIST

*Felicia Davis v. Toronto-Dominion Bank*

**United States District Court**
**Southern District of Florida**

*Case No.:*

Derek Lewis, Esq.
dvlesq@gmail.com
DEREK LEWIS, P.A.
P.O. BOX 1152
Ft. Pierce, FL 34954
Telephone: (954) 696-6195
*Attorney for Plaintiff*

*Served via CM/ECF*

Susan N. Eisenberg, Esq.
seisenberg@cozen.com
Arielle S. Eisenberg, Esq.
aeisenberg@cozen.com
Cozen O'Connor
200 S. Biscayne Blvd., Suite 3000
Miami, FL 33131
Telephone: (305) 704-5941
Facsimile:  (305) 704-5955
*Attorneys for Defendant*

*Served via CM/ECF*